We have one case to be submitted on this docket. We hear United States v. Johnson and United My name is Anne Wilkes and I represent Marty Johnson to develop defendant appellant in this matter and there are three issues before the court today with Respect to mr. Johnson and his co-defendant appellant miss Keisha Dinkins I will be handling the first two issues which apply with equal force and effect to both. Mr Johnson and miss Dinkins and my colleague. Mr. Carter will be addressing the last issue which is unique to miss Dinkins If I make any specific references to the record on appeal, it will be in reference to mr Johnson's record three oh two four two The issues before the court that I'm going to take up today involve restitution Principally it is the position of mr Johnson that the district court applied the wrong standard of proof in assessing the propriety of the amount of restitution Secondly, we contend that the PSR without more for the purpose of restitution was improperly utilized when the government failed to satisfy its obligations agreed to in the plea agreement regarding a full investigation into the amount of restitution and the district court made that decision without providing analysis or making any factual findings on the record without permitting testimony or argument and despite inconsistent and vague statements in the PSRs and subsequent documentation that was submitted on the morning of the hearing for sentencing The parties have extensively briefed these issues. So I'm going to focus on a couple of important points We agree with the government that there is ample law and jurisprudence That the parties may agree upon a specific amount of restitution in the plea agreement and that the district court may not need to delve further This is set out in 18 USC 36 63 and was explained in us vs. Arnold however, the statute itself is permissive, but in any case there has to be what the parties agreed to and Contemplate the unique language and situation that was in this plea agreement The government also notes that the plea agreements are contractual in nature and are construed accordingly This court has repeatedly stated but most notable United States of the Hays So the traditional rules of contract apply Here, mr. Johnson and miss Dinkins plea agreement contain language. That is unique Especially in the situation where there is a number attributed in the restitution agreement There must the amount of restitution quote will be determined by the court after a complete review of the evidence developed in the investigation of this case by the government and Further investigation by the United States Probation Office as can be in the pre-sentence report. I'm sorry Relief do you seek what we're looking for at your honor? is that this matter be remanded to the district court, we request that it be the end that the government provide the investigation that they agreed to provide as as based in the plea agreement to permit the plaintiff to permit the appellants to Review that investigatory information and traverse it if necessary And if we don't need to go into all of that do we I mean don't we Would we if we were to agree with you? Would we just say that under the MV RA? We should remand the cases for the district court to make a determination of the actual loss suffered by HHS Why wouldn't that be the remedy? That could be a potential remedy your honor if the act if we were to have the court determine the actual loss based on the MV RA that would I believe contemplate that the court review the documentation that the government submitted At the day on the time of sentencing and perhaps there would be a bit of argument about the Appropriateness of that documentation if we had a district court should have you hash that out there, right? I'm sorry, the district court could deal with of course. Yes, your honor. Yes, your honor You would not have to go into that that Extensive of detail the district court would be within their jurisdiction and discretion to handle that matter So at the time of the plea agreement the parties didn't know the amount of the actual loss we agreed to the 3.5 million dollars Subjects to further investigation. So based on the laws of contract as applied in plea agreements There's the plea agreement reflects a condition precedent or a suspensive condition. What is the correct number? We don't know your honor we didn't get that far it's our understanding that the based on the documentation that the government provided that the number that there were some in Irregularities with the documents that were submitted by the government on the morning of sentencing We were not able to make any determination at Specifically about what some of those numbers meant because we had seen them for the first time when we arrived in the Western District Do we know did was there some requests for a continuance or something? Remind me of that With regard to sentencing if you the first time you saw him was when you got there Did you say we need time to look at this? We requested that your honor judge Walters was Wanted to Handle the sentencing that was agreed to in the plea agreement and did not permit anyone to provide any testimony do we know that the 3.5 is wrong because Multiplying 1.4 by 2 is only 2.8. And so we know that 3.5 is wrong Even if you use the spreadsheet that the government had and you that's correct Even if we use the spreadsheet that the government provided Without getting into any issues about the propriety of extrapolation or estimates the numbers It's happening. We know that 3.5 is wrong. That's correct, Your Honor We don't know what the number is, but we know that 3.5 is incorrect Do we know it's too much or could it possibly be that once you get the real numbers it's four It's my understanding your honor based on the documentation that I wrote that we reviewed from the government that it was less than 3.5 So you do have a lesser number in mind We have a lesser number in mind, but without being able to have a better understanding of what the government's Doesn't say I can't tell you what that number is but just making a very simple mathematical correction without going into their basis and Methodology the number is under 3.5. So at the very least it would be I believe to be 2.8 Here we're not seeking I'm sorry Here we're not seeking a piecemeal unraveling like that, which was prohibited by this court recently in Brooks What we're here is seeking To be in compliance with what Brooks said and to avail ourselves of the benefits of the plea agreement you agreed That number that we agreed to your honor was was subject to what we Contends to be a condition precedent in the plea agreement itself where we we agreed to that 3.5 million dollars Which will be determined after a complete review of the evidence developed in an investigation of this case by the government So that language is not meaningless It's important that language was not Was not included in many of the cases that were cited by the government including the Williams case the Williams case is appropriate for the position that when there's an agreed-upon amount of restitution that the That that number governs and we've basically and there's been a waiver But in this case, we have this condition precedent or substantive condition that's in this language that wasn't in the language in Williams Did you did you file a letter about Brooks the case Brooks we did not file a letter on Brooks the government Not a letter right did you didn't respond? We did not respond. Okay. Do you have a response? Yeah, the response is is that the Brooks opinion it makes Based on the facts and Brooks is appropriate and there should not be a piecemeal Unraveling of the plea agreement that was agreed to what we're saying here Is that part of what we agreed to was to 3.5 million dollars subject to this further investigation and information? And that's what we didn't receive So read the key language again from from the agreement Sure Restitution in this case may not be limited to the amounts or victims referred to in the specific charges to which the defendant has pled guilty and Will be determined by the court after a complete review of the evidence developed in the investigation of this case by the government and further investigation by the United States Probation Office as Record on appeal 1572 and 73 Where does it say the 3.5 million 3.5 million is in paragraph? I believe I Can tell you That's in paragraph 6 and I believe that the 3.5 is in paragraph 3 And Section e paragraph 3 both and it's on that same page 1572 All right, and so so read us in context the 3.5. What does the agreement say? So that's in paragraph 6 and then we go into e non-binding restitution Recommendations the government and Marty Johnson recommend that Marty Johnson be assessed restitution of 3.5 million to be made payable Immediately to the victim United States government the government and Marty Johnson Acknowledge that the loss and restitution Recommendations from the parties are not binding and on the court and that the loss and restitution shall be determined by the court That read in conjunction with the paragraph 6 that I previously addressed suggests to appellants that it is a May I finish my sentence sure I suggest that there's a condition precedent. Thank you. Your honor. Thank you And you save time for a bottle. Yes, mr. Carter I May please court. My name is Mark Carter. I am Here mr. McMichael was Hospitalized unable to appear today, and I am standing in on his behalf. I represent miss Keisha Dinkins defendant and appellate below I adopt miss Wilkes argument made on behalf on behalf of miss Dinkins and Miss Wilkes argument made on behalf of Marty Johnson regarding the district courts error in the restitution Calculation amount for the reason to sign to her in her argument in regards to my client miss Dinkins I am urging the court to remand this matter to the district court for sentencing with Direction for the district court to consider the individual factors From the record to determine what portion of the 3.5 million dollar loss should apply to her individually for sentencing purposes Excuse me our position is the district court Erred by attributing the entire amount of the 3.5 million dollar loss To miss Dinkins for sentencing purposes now you keep saying that 3.5 million dollar loss You're not saying that's the right amount. No ma'am. I'm not you're just using what the amount that was awarded that is correct Yes, your honor we do I adopted miss Wilkes argument from earlier At the time at the time there was an objection as well So the pre-sentencing investigation report attributed all loss caused by the fraud activities attributed to miss Dinkins We timely filed objection to the PSR on February 10, 2022 and That is in 30 three oh two four nine point two zero three three of the record thereafter March 8th 2022 probation filed a revised PSR with an addendum and The Dinkins pre-sentencing memorandum we had argued that because Dinkins had a limited role at the Positive change that she received none of the profit or other benefit save her regular salary of thirty six hundred a month Which she began receiving in the second year she received no benefit through the fraud activities and of the Marty Johnson or positive change That it was inequitable to attribute the entire loss amount to her activities and thereby greatly increasing increase the statutory guidelines Our position is at restitution To Receiving a in addition to receiving a jail sentence and fines the criminal defendant may be awarded pay restitution We understand that is the definition Restitution is distinguishable from fines because fines are punitive while restitution is compensatory Victims, do you know where I know you're substituting in but do you know where she ever said? This should be for the company and I should have less Luck culpability in the district court Yes, your honor. I think I can point to that given one second I mean, I don't want to take all your time if you know you're So I I'm trying to find that. Okay, when we it looks like in the record we laid out the her past experience as a pharmacist at 1368, that's not what you're exactly asking the salary and She was responsible for Tax matters and personnel matters. She had no role in the clinical transportation did not prepare bills to the various providers And did not share in any of their profits and that was at 1368 as well Thank you, yes In Short given that Dinkins was not aware of or involved in supervising clinical activities did not prepare or send bills to Managed care providers and did not receive any of the fraudulent obtained funds or profits It is inappropriate to attribute the entire loss to her without considering the factors now Given this the district court were to go back and consider the various factors Then of course, it would be within the purview of the court to set what it finds We're just saying there's nothing in the record that shows the court took such action to balance and determine individually what Responsibility for sentencing what level of loss I the dollar amount that miss Dinkins should Thank you, your honor Thank You. Mr. Carter, we appreciate your being able to fill in that's helpful to the court And you've saved time for about mr. Phillips May it please the court for Phillips the United States this court should affirm the district court sentence in this case I want to start with the restitution issue Since it's been what's been discussed the most First this court should affirm the restitution judgment in this case because the defendants Agreed to it as part of their plea agreements 36 63 a Expressly contemplates agreement as a basis for imposing a restitution judgment and I want to Discuss the idea that there is some sort of conditioned precedent here with that language in the plea agreement About how the there'll be an investigation That language does have a purpose in the plea agreements to notify the parties that this is not a c1c plea That is under rule 11 Colloquies there's a version of a guilty plea where the district court must accept the number in a plea agreement must accept a recommended sentence a recommended restitution amount and this language merely informs all the parties specifically the defendants that that is not a Requirement here. The district court will get the evidence. Mr. Court may not agree with the 3.5 million dollar number now it did here and There's nothing in this case that suggests that all the district court did not get all of the evidence Pursuant to the plea agreement recommending or providing discovery to the district court There is nothing in this plea agreement that obligates the district court to hold a contested Evidentiary hearing in the face of a recommendation by the parties as to a loss amount What meaning what meaning do we give to the language about how there be a amount to be determined through investigation I Guess I guess brother by the probation office Again, your honor that language merely informs the parties that this is not a c-plea This is not a plea the district court must accept. It still has the ability to consider all the evidence in this case, but Again your honor as far as the defendants understanding of this plea agreement that recommendation when they do their plea colloquies and The district court asked them now you've agreed to pay 3.5 million in restitution, correct? You've agreed to do your best to pay 3.5 million restitution, correct? They're not Saying well, yes, but only after that number has been calculated pursuant to a contested evidentiary hearing This case is almost like a defendant saying I agree to plead guilty After my trial when the jury finds me such or Or a counsel saying I agree to the admissibility of a piece of evidence After you've resolved my objections and the government's established a foundation That agreement has no value under the defendants view and what we heard today still does not articulate the value Of the recommendation in this case. What what does it mean? If the district court is required to hold a contested evidentiary hearing in the face of that number And that recommendation has to mean at a minimum that the loss amount in this case was greater than 3.5 million Otherwise you have the defendants Recommending an amount of restitution that is below the actual loss amount Do you still take the position that the VWPA applies rather than the MVRA and why? Yes, your honor I do so the 3553 the the VMRA versus 3553 a or 63, excuse me All that the Mandatory Restitution Act does is say these are the offenses that there must be Restitution in it does not say that There can be no agreement on the MVRA as to the restitution amount and I want to direct this court I'm gonna find this case in the briefing, but this has really not been a dispute. It's conceded on Their initial argument that the MVRA Statute still allow for an agreement as to restitution. This is Maroondah. It is a 731 Federal appendix 281. There is a brief discussion. You're citing some case that's not in your brief on this point just to explain that the the MVRA still allows for an agreement of restitution amount your honor That's not been in dispute this entire case but I do want to let the court know that this court has discussed the interplay between the two and has no problem with Allowing an agreement to restitution amount under the MVRA I Still don't understand Johnson pleaded guilty to conspiracy to commit health care fraud, which is clearly covered by the MVRA And it says it shall apply in all sentencings Proceedings for conviction of or plea agreements relating to or charges for any offense That's included in the in any offense committed by fraud or deceit. I I don't understand why it doesn't apply because the the MVRA rather than the VWPA because the VWPA specifically accepts out other than an offense described in three six six three a C and This qualifies Yes, your honor that that exception comes within a discussion of how the district court may order restitution in every case except These specific ones where if you go to that statute, it says must that's the only reason that that's in there Is it's making sure the courts understand that there must be restitution Whether we say it's MVRA or VW. Oh, absolutely not your honor because you're allowed to agree to a restitution amount under either statute So Yeah, I so so we'll continue on The the recommendation in this case a when it is accepted by the district court and the PSRs start to come out and this is telling as to what the defendants understanding of this recommendation was in the district court There is no objection when the PSR comes out as to it lacking An investigation or any explanation as to how that number was arrived at when miss Dinkins files her Objections to the PSR it is solely on this argument that she shouldn't be responsible for the entire loss amount it is only via a supplemental sentencing memo a few days before sentencing that This issue is first presented the district court that maybe the defendants don't think they should have to pay 3.5 million in Restitution so and after the sentencing hearing is held There is no objection at that hearing saying no hearing was provided no contested evidentiary proceeding took place and The district court is left with the impression that it's resolved. Whatever issue has formed in this case. There's simply no objection to The amount used for restitution being the amount the defendants Recommended I don't understand where the amount actually why it's a good amount Can you help with that? The first reason would be that the defendants? Agreed this is a provable actual once aside Why would it be the correct amount? I think that if you look at the Record in this case the government states in response to miss Dinkins Presence and memorandum that that 3.5 million dollar number was arrived at through an extremely conservative Estimate giving them absolutely every benefit of the doubt When they contested evidentiary proceeding would likely result in a much higher number and the only evidence we have in the record as to a Loss amount in this case is in fact a higher number and that spreadsheet Is is by no means necessary for this court to affirm the district court's judgment, but it is a number Higher than 3.5 million and it's a document that was not objected to in the district court And we are told that the reason for that is they didn't have time to review it There is no one even in the record at the time of the sentencing hearing Was it it was filed into the record at the beginning of the sentencing hearing? I think it's playing the district court Had some discussion about it before the sentencing took place He said I want you to file that record Correct your honor It was contemplated in the opening words of the sentencing hearing and the district court said I want you to file that spreadsheet in the record and So then they weren't given an opportunity to add evidence into the record after the sentencing hearing to try to contradict this Spreadsheet were they? Your honor. I think it's plain in this case that that 3.5 million dollar number At no point did the defendants attempt to offer any Indication of why that number should be reduced. This goes to burden shifting. This is beyond simple agreement to the amount The defendants never offered any indication of why that number should be lower than 3.5 million Well, what about the fact that it's a two-year figure of 1.4? And it shouldn't be multiplied by three years because the scheme didn't last six years The PSR says the scheme only lasted four years And so it's overstating the length of the scheme in order to use this Spreadsheet is off when it gets to six when it gets to 3.5 Again, these spreadsheet issues and the defense acknowledged having received this document prior to the sentencing whether it's in the record during the sentencing is a different matter These spreadsheet issues are something that should have been objected to in the district. Is that wrong though? Well, your honor, it's really only four years and and this if you use the amount in the spreadsheet It would say it lasted six years Your honor these these are things is that correct or not is the math wrong The record doesn't the record does not discuss where this multiplier came from. Where did the multiplier come from the idea the the time to debate that would have been when the spreadsheet was provided in the district court and an objection either for a continuance or An objection based on this issue that is now developed on appeal that did not happen They did ask for a continuance the record does not reflect a request for continuance I think the the indicate that the discussion there was that the district court judge prior to going on the record said We're going forward with the amount you recommended in your plea agreement what's going on? Well the act under the MVRA it really has to be the actual amount of loss Can you tell us from this record how other than the fact that you think that they agreed is the reason Can you get us to 3.5? Using the data that's in the record Yes, your honor I can I can provide an evidentiary basis to show that the loss amount is at least 3.5 million So there are no evidentiary because there's no concern about that The agreement regardless of whether it is binding as a plea agreement factor It also has evidentiary weight when these defendants recommend a 3.5 million dollar loss amount They are doing so with the benefit of having seen remember this pled on the morning of trial They've had years to review the discovery in this case and feel comfortable with the recommendation to that amount Otherwise not where is the evidentiary record that would support these numbers? Can you get us to these numbers using things in the record? Such that would support the district courts determination Yes, your honor. So let's set aside the evidentiary value of the recommendation and the fact that the defendants Yes to that recommendation with the benefit of years worth of discovery review. Let's set aside this spreadsheet and Then what we have to set the spreadsheet apart because it doesn't work. I mean the spreadsheet doesn't tell us where they got the multiplier Yes, but and let's set aside the fact that the time to have debated Anything with that spreadsheet would have been in the district court when it's provided. Okay. Well, can you get us there in a to this number in a Pure way that the court could feel be comfortable with this number. So there are some undisputed Numbers in this case one is the eight million dollar plus amount that Medicaid paid To positive change over the course of this scheme, but we don't assume that all of that is fraudulent There are actually some Aren't there some about some actual? services that were rendered Your honor the only indication that their service is rendered as a passing Comment in a response to a sentencing memo that when the government says the government took a very conservative estimate here Because some services were provided to patients in that respect. This case is no different than this court's decision in Sharma When the burden shift to the defendants to show a offset from the amount that Medicare had paid And the defendants in that case attempted to to say wait a minute There are some services provided to patients in this case and it does not follow from that fact Because Medicaid is the victim in this case the fact that patients received some service or benefit says nothing about Whether Medicare would have paid for that benefit Medicaid would have paid for that benefit Absent the fraud and it's wrong. So you think eight million dollars is the legitimate amount of the loss in this case? To answer my original question. I think in this this Together with the 3.5 million dollar number because what happened here was after years of discovery and protracted negotiations the government Gave the defendants the benefit of an offset here all the way down to 3.5 million So they didn't have to litigate the very issues that we are litigating right now Well, you know the government has the burden to prove by preponderance of the evidence the amount of loss and Every dollar must be supported by record X evidence So that every dollar must be supported by record evidence Phrase you see that whenever there is a discussion or concern that actual loss amount Might be exceeded the restitution amount might exceed actual loss amount. That's just a way of saying that Restitution judgment cannot exceed actual loss in this case and then you know, you have the Supreme Court's decision in Paroline That makes that clear there is no precise mathematical formula to restitution There is no specific type of evidence that has to be Admitted to establish a restitution number and the restitution preponderance of the evidence standard is no different than the standard For guidelines loss amount with this one caveat that it cannot exceed actual loss. Okay, so where so eight million dollars Where's where do we get that? That is the that is the undisputed amount that Medicare paid or Medicaid, excuse me paid to this clinic and That is coupled with Unrebutted evidence laid out in the PSR and the eight million dollars is in the PSR. Correct the amount paid to this entity over the course of the scheme They billed for something over 12. They were paid a little around eight Seven point eight eight million dollars the The 3.5 million dollar number in this case a product of negotiation and a recommendation merely Prevented the defendants from having to do what they would have had to do at a sentencing which is offer Evidence suggesting they deserve an offset from that number Remember the evidence in this case the facts that are not disputed in the PSR are that this was a long-running scheme where the Allegations and the conduct is not billing for a service Overbilling for a service that was actually provided to a patient the conduct in this service in this case Excuse me was fabricating patients from whole cloth fabricating billing statements from whole cloth buying Medicaid enrollment information from people off the street and billing in their names when they've never set foot in the clinic when the Government says some services were provided in that response to a PSR memorandum It doesn't follow from that that Medicare would have excuse me Medicaid would have paid for these services The defendants should have established that and just like the defendants in Sharma a case where there was no Recommendation for the district court to rely on failed to do so the defendants have failed to do so here It is frankly Given this recommendation If it means anything it left a window for the defendants to try to suggest why this number should be lower Imagine the government coming in with that three point five million dollar number and saying we actually want a higher amount of restitution in this case It's nonsensical and I want to emphasize again The defendants still have not explained what value this three point five million dollar restitution Recommendation would have under their reading of the plea agreement Again, it's like you need to be sure and save some time to discuss the arguments on behalf of Miss Jenkins. Yes that are well the arguments. Mr. Miss Dinkins are simply that there was a Decision to decide that Miss Dinkins either knew or reasonably should have known the complete loss amount in this case again Perfectual stipulation admits to being aware that the positive change clinic was billing for patients fraudulently that had not visited the clinic And that Miss Dinkins herself Personally participated in some of these record fabrication sessions now We have a little bit of discussion in this case about The nature of these sessions and at the motion to suppress and it's an assembly line Process where it employees at the clinic and individuals they brought into the clinic spend hours Making records out of whole cloth to fool auditors at the various Agencies either Medicaid or Miss Jenkins either knew or reasonably should have known the full extent of the loss in this case So so both defendants dinner responsible for the entire amount Correct. Correct. It's not about how much you benefited from the fraud It's about whether the scope of the fraud was known to you or reasonably could have been known to you under the guidelines Well, she says that she wasn't it wasn't known to her because she wasn't there and she was only working part-time And she wasn't supervising all these activities that were fraudulent so, you know, we're talking about a Clear finding by propons of the evidence here and we're again and we're removing the fact that Miss Dinkins expressly Recommended 3.5 million is an appropriate loss amount in her plea agreement The district court had a basis For that finding by propons of the evidence from the factual basis in this case. She acknowledges that she knows that mr Johnson and positive change are billing in patients billing for patients that did not visit the clinic Fabricating patient records and that she personally supervised in the fabrication of these records before my time runs out I do want to say that if this case is Remanded to the district court the defense have suggested District Court should be barred from taking new evidence in this case or even that the amount of restitution is Unascertainable in this case and thus a zero-dollar judgment should be entered any potential remand in this case should make clear that the district court has the authority to consider restitution anew and Without being cabined by any particular Prior proceeding. I mean, I thought I heard miss Wilkes tell us that the remand should be for further Investigation, maybe I heard her wrong. She can clarify that the brief said one thing. I think there's been some clarification today but I just want to Request that any any hypothetical remand allow the district court to reach Any number that makes sense not $0 which is what she suggested would be appropriate in her initial brief. Thank you. Mr. Phillips. Thank you Wilkes As justice Elrod noted appropriately there is no harmless error in restitution Determinations and the the comment the concept that every dollar must be accounted for I don't want to suggest to this court that I would like the district court to account or the government to account for every dollar The purpose of that language is that they're that the evidence needs to be supported with an it's with a sufficient indicia of reliability Here there are there is no basis provided in the PSR that was that reflects where that number came from And when we look at the spreadsheet that was submitted on the record, that's wrong on its face Are you relying on Sharma? I'm relying on that's trauma decision. What do you do? Full language Holding the district court erred and relying on a flawed PSR While calculating a restitution order finds so far where the parties did not agree on a specific Restitution amount in their plea agreement and here we have plain agreements to the amount That's correct. And that is a distinction your honor You're absolutely correct about that the distinction while there was an agreement in while there was no agreement in Sharma in this case We have that language again that suggests that there should be a further investigation based on the 3.5 million Looking before the plea agreements. That's correct. Your honor. Did you win in the plea bargaining and you bargained it out? Plainly as I read the colloquy the district court accepted those Recommendations So if we send it back No, your honor we don't anticipate we do not have any and we have no intention of undoing the plea bargaining You must you have to give us some basis for escaping the plea bargain rather than the other way around Sure, the basis for escaping the plea bargain is that we were on when mr. Johnson and Miss Dinkins signed the plea agreement They were under the impression that there would be some investigation to determine whether that 3.5 million was appropriate That paragraph 6 that I was referring to during my original argument The government notes that it was to notify the parties that this was not a c1c plea agreement If you were going to open it up again It may not be 8.5 million the government may well go back to the to the 16 to 20 million dollars that you're talking about That's possible. Your honor. That's correct. But it's My is the position of the plaintiffs that there was an agreement that was made there was a benefit that was that should have been in order by the by the defendants which was that there be an restitution by the government and by the provide the probation office I recognize you may not be able to feel that do the best you can but it but imposed it because that was the agreement In other words Difficulty I'm having with your argument is that you you do not deal with a plea with a plea bargaining with the actual plea agreements that were made In other words, whatever the amount That all occurred before You stood up an open court and took a plea of guilty I don't disagree with that your honor the way that this case was handled in terms of timing Created a situation where that 3.5 million dollars was placed in the plea agreement and it was the plaintiff Do you dispute to this overall? How about how much what was the figure in your mind that the government paid these people? Its whole thing was a fraud and he's giving you a number of 15 20 million dollars, what's your number? At the very least your honor, it's 2.8 I'm sorry at the very at the very most your honor It's 2.8 million dollars based on the spreadsheet 2.8 million dollars based on the spreadsheet that was provided by the government You say that the total fraud number was only 2.8 million. Yes  Now that is the conclusion of my time Thank You. Ms. Wilkes. Mr. Carter for rebuttal In regards to the portion applicable to Miss Dinkins for the loss and determination of sentencing guidelines Mr. Phillips did a great job of saying, you know, they're there I'm going to stand and rely on the arguments made in regard to the agreement what I was trying to bring out with a little bit of a distinction was that The two points that he made was a basis from the agreement We've dealt with that. The second was factual things that were actually done According to the government my position is none of that was Considered or written written in what those considerations were as to how it individually applied to Miss Dinkins By the district court had those been clearly Written out and said these are the things that I'm looking at. Here's the positive. Here's the negative and this is the amount that we're putting Beyond just the fact that there was this purported agreement for the 3.5 million Then I think it would be considered it would have been considered and that that's the proper way in my Humble opinion that the court should go about it. They should look at the mitigating and Other factors and make its determination and that was not done on the record and I would ask that that the court be directed to look at this Dinkins limited role the fact that she received no money and other factors in making that determination Thank you All right. Thank you Thank You, mr. Carter your case is under submission and the court is adjourned